UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WALEED ALZAHRANI, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) No. 1:17-cv-04128-TWP-MJD |
| INDIANA UNIVERSITY,<br>INDIANA UNIVERSITY-PURDUE<br>UNIVERSITY INDIANAPOLIS,<br>BRIAN TOMLINSON,<br>JASON SPRATT,<br>MARIA HINTON, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER ON JOINT MOTION TO STAY PROCEEDINGS**

This matter comes before the Court on the parties' Joint Motion to Stay Proceedings. [Dkt. 32.] The Court, being duly advised, hereby **GRANTS** the motion. This matter is hereby **STAYED** pending the results of Plaintiff's efforts to transfer to another graduate program to complete his doctoral degree in respiratory therapy. Furthermore, the Court now directs the Clerk to **administratively close** this matter. Either party may move to reopen this matter and lift the stay at any time.

SO ORDERED.

Dated: 20 MAR 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.